**A. B. FARMER, Petitioner, Appellant,**

v.

**Orel J. SKEEN, Warden of the West Virginia State Penitentiary, Moundsville, West Virginia, Respondent, Appellee.**

No. 6987.

United States Court of Appeals Fourth Circuit.

Argued May 23, 1955.

Decided May 25, 1955.

949

William BERGEN, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 14158.

United States Court of Appeals
Ninth Circuit.

June 2, 1955.

No attorney or brief for appellant.

T. D. Kauffelt, Asst. Atty. Gen. (John
G. Fox, Atty. Gen., of West Virginia, on
brief), for appellee.

Before PARKER, Chief Judge, and
SOPER and DOBIE, Circuit Judges.

PER CURIAM.

█ █    This is an appeal from an or-
der dismissing a petition for a writ of
habeas corpus by a prisoner serving
a sentence under the judgment of a
West Virginia state court.  See Farmer
v. Skeen, D.C., 125 F.Supp. 549;  Ex
parte Farmer, 123 W.Va. 304, 14 S.E.2d
910;  United States ex rel. Farmer v.
Skeen, D.C., 107 F.Supp. 877;  Id., 4 Cir.,
203 F.2d 950.  We have no jurisdiction
of the appeal for failure of the appellant
to secure the certificate of probable
cause required by 28 U.S.C. § 2253.  An
examination of the record before us
shows that that appellant is not entitled
to such certificate and that the appeal
is without merit.

Appeal dismissed.